# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FRANCO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a Corporation; AND DOES 1 TO 75 INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO:<br>5:19−cv−02233-SVW-SHK<br><br>**ORDER REMANDING CASE TO SAN BERNARDINO COUNTY SUPERIOR COURT** |

　　　　Having considered the stipulation between Plaintiff MARIA FRANCO and Defendant TARGET CORPORATION, and good cause appearing therefor:

　　　　**IT IS HEREBY ORDERED** that Plaintiff MARIA FRANCO, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of San Bernardino, Case No. CIVDS 1931586 ("State Court"), entitled <u>MARIA FRANCO v. TARGET CORPORATION, et al</u> (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed <u>$75,000.00</u>.  Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28

*///*

*///*

1 | U.S.C. §1332(a), and this matter is hereby remanded to the Superior Court of
2 | California, County of San Bernardino.

Dated: December 23, 2019

_____
Hon. Stephen V. Wilson
United States District Judge